David A. Clinton, Esq. (Bar No. 150107)
Dana Ulise, Esq. (Bar No. 227745)
Amy Ifurung, Esq. (Bar No. 292113)
**CLINTON & CLINTON**
100 Oceangate, 14th Floor
Long Beach, California  90802
Ph.: (562) 216-5000
Fax: (562) 216-5001

Attorneys for Defendants,
**W.P. APPLIANCES, INC. and ZHANJIANG HALLSMART ELECTRICAL APPLIANCE CO., LTD**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEBBIE MONTES AND SAM MONTES,**<br><br>              Plaintiff,<br><br>    v.<br><br>**ZHANJIANG HALLSMART ELECTRICAL APPLIANCE CO., LTD; W.P. APPLIANCES, INC.; W.P. PRODUCTIONS, INC.; HSN, INC.; WOLFGANG PUCK WORLDWIDE, INC., and DOES 1 to 100, inclusive,**<br><br>              Defendants. | CASE NO. 2:14-cv-01582-TLN-EFB<br><br>**ORDER RE: STIPULATION OF THE PARTIES TO CONTINUE TRIAL**<br><br>Date Filed:  July 3, 2014<br>Trial Date:   December 5, 2016 |

After considering the parties' Stipulation to Continue Trial, and good cause having been shown, the Court hereby GRANTS the request and orders that the

following dates will apply:

| EVENT | CURRENT DATE | NEW PROPOSED DATE |
|---|---|---|
| Trial | December 5, 2016 | February 6, 2017 |

    IT IS SO ORDERED.


Dated:  January 15, 2016

_____
Troy L. Nunley
United States District Judge